## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD HOLLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:19-cv-00745-SRW |
| B'NAI B'RITH WIREGRASS | ) |
| SENIOR HOUSING II, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Richard Holley, by and through his undersigned counsel, and Defendants B'nai B'rith Wiregrass Senior Housing II, Inc., SPM, LLC, Becky Hutto, and Sheila West, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, give notice that this case may be dismissed with prejudice, each party to bear his or their own costs.

Respectfully submitted,

*/s/ Kristy Kirkland*
Kristy Kirkland
*Counsel for Plaintiff Richard Holley*

**OF COUNSEL:**
Legal Services Alabama
224 W. Main Street
Dothan, AL 36303
kirkland@alsp.org

/s/ Kimberly W. Geisler

Kimberly W. Geisler
*Counsel for Defendants B'nai B'rith Wiregrass Senior Housing II, Inc., SPM, LLC, Becky Hutto, and Sheila West*

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
kgeisler@scottdukeslaw.com

2