IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD HOLLEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 1:19-cv-00745-ECM |
| B'NAI B'RITH WIREGRASS SENIOR HOUSING II, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 37) filed on September 9, 2020, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of September, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE